IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL BOOTH | : | CIVIL ACTION |
| | : | |
| v. | : | No. 25-429 |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |

## <u>ORDER</u>

AND NOW, this 26th day of March, 2026, upon consideration of Defendant City of Philadelphia's Motion to Dismiss (Dkt. No. 10), the briefings on the Motion, and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED the Motion is GRANTED.

It is further ORDERED that Count VI (*Monell* Claim) of Plaintiff Daniel Booth's Complaint (Dkt. No. 7) is DISMISSED WITHOUT PREJUDICE.  Booth is permitted—but not required—to file a Second Amended Complaint on or before **April 11, 2026**.  If Booth does not wish to amend, he may file a notice to that effect with the Court on or before **April 11, 2026**, at which time the Court will issue a final order dismissing the *Monell* claim with prejudice, and the case will proceed on the remaining counts.

BY THE COURT:

 /s/ Juan R. Sánchez
Juan R. Sánchez, J.